J. STEPHANIE KRMPOTIC, # 128671
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
DEMPSEY INVESTIGATIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE FINLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO.; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC.,<br><br>    Defendants. | Case No. C06-06247 CW<br><br>**STIPULATION AND ORDER VACATING ENTRY OF DEFAULT** |

IT IS STIPULATED through counsel of record that the Entry of Default shall be vacated and that defendant Dempsey Investigations, Inc. shall file an Answer no later than January 29, 2007.

Dated: January     2007

                                    LEWIS, FEINBERT, LEE, RENAKER & JACKSON


                                    By_____/S/_____
                                       TERESA S. RENAKER
                                       Attorneys for Plaintiff
                                       CONSTANCE FINLEY

-1-
STIPULATION AND ORDER

C06 06247 CW
STIPULATION AND ORDER

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\P-Stip.wpd

1
2   Dated: January    2007                                    LOW, BALL & LYNCH
3
4                                                      By_____/S/_____
                                                         J. STEPHANIE KRMPOTIC
5                                                        Attorneys for Defendant
                                                         DEMPSEY INVESTIGATIONS, INC.
6
7
8                                           **ORDER**
9
10  The foregoing stipulation matters are so ordered.
11
12  Dated: January  26,  2007
                                                         _Claudia Wilken_____
13
                                                         JUDGE CLAUDIA WILKEN
14

-2-
STIPULATION AND ORDER

C06 06247 CW
STIPULATION AND ORDER

C:\Documents and Settings\Workstation\Local Settings\Temp\notesF8C1A4\P-Stip.wpd