IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE FINLEY, | No. C 06-6247 CW (MEJ) |
| Plaintiff, | |
| vs. | **NOTICE OF REFERENCE** |
| HARTFORD LIFE & ACCIDENT INSURANCE CO., et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Plaintiff's Motion to Compel Discovery Responses, and **all further discovery motions**, were referred to Magistrate Judge Maria-Elena James in the above captioned case. Please be advised that if a specific motion was filed before the district court prior to this referral, the noticed date will no longer be in effect. Rather, the parties shall comply with Judge James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which is enclosed herewith.

Counsel are advised that in regard to any pending discovery disputes, they must comply with Judge James' standing order and meet and confer in person. If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter. Upon careful review of the parties' letter, the Court will either order further briefing, oral argument, or deem the

matter submitted on the papers.  Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: August 13, 2007

MARIA-ELENA JAMES
United States Magistrate Judge