Teresa S. Renaker – CA State Bar No. 187800
Email: trenaker@lewisfeinberg.com
Michelle Roberts – CA State Bar No. 239092
Email: mroberts@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONSTANCE FINLEY, <br><br> Plaintiff, <br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE CO.; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC. <br><br> Defendants. | Case No. C06-06247 CW <br><br> **STIPULATION AND ORDER RE TIME FOR FILING MOTION TO MODIFY ORDER OF DECEMBER 14, 2007** |

WHEREAS, on December 14, 2007, this Court ordered that Plaintiff's claim for benefits under the Defendant Plan be remanded to the Plan's claims administrator ("the Order"); and

WHEREAS, the parties anticipate filing a stipulation requesting that the Court modify the Order to provide for a schedule agreed upon by the parties for the determination of Plaintiff's claim on remand, or, if the parties are unable to agree on a schedule, filing motions requesting that the Court modify the Order to establish such a schedule; and

WHEREAS, the parties are currently discussing an appropriate agreed schedule for determination of Plaintiff's claim on remand; and

WHEREAS, due to holiday vacation schedules, the parties do not anticipate being able to conclude these negotiations until the second week of January;

STIPULATION AND ORDER RE TIME FOR FILING [CASE NO. C06-06247 CW ]    Page 1

| | |
|---|---|
| 1 | NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS: |
| 2 | The deadline for the parties to submit a stipulation requesting modification of the Order |
| 3 | to establish a schedule for the determination of Plaintiff's claim on remand, or, failing agreement |
| 4 | of the parties, for any party to submit a motion requesting modification of the Order to establish |
| 5 | such a schedule, shall be January 7, 2008. |
| 6 | SO STIPULATED. |

Dated: _____, 2007          LEWIS, FEINBERG, LEE,
                                 RENAKER & JACKSON P.C.

                          By:    _____
                                 Teresa S. Renaker
                                 *Attorneys for Plaintiff*


Dated: _____, 2007          SEDGWICK, DETERT, MORAN &
                                 ARNOLD LLP

                          By:    _____
                                 Michelle Y. McIsaac
                                 *Attorneys for Defendants Plan and Hartford*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/3/08                    /s/ Claudia Wilken
                                 _____
                                 UNITED STATES DISTRICT JUDGE