IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE FINLEY,<br><br>      Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE CO.; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC.,<br><br>      Defendants.             / | No. C 06-6247 CW<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEMPSEY INVESTIGATIONS, INC. |

    In an order filed on December 14, 2007, the Court granted summary judgment in favor of Defendants Hartford Life & Accident Insurance Co. and the Boston Financial Group Long-term Disability Plan on Plaintiff's claims against them for trespass and invasion of privacy. Plaintiff also charged Defendant Dempsey Investigations, Inc. with liability on these claims. However, Dempsey did not join the other Defendants in moving for summary judgment and the Court's order therefore did not address Dempsey's liability.

    Because Plaintiff's claims against Dempsey fail for the same reasons they fail against the other Defendants, the Court now

grants summary judgment in favor of Dempsey on Plaintiff's claims against it, and those claims are DISMISSED.  See <u>Silverton v. Dep't of Treasury</u>, 644 F.2d 1341, 1345 (9th Cir. 1981) ("A District Court may properly on its own motion dismiss an action as to defendants who have not moved to dismiss where such defendants are in a position similar to that of moving defendants or where claims against such defendants are integrally related.")

IT IS SO ORDERED.

Dated: 3/19/08

CLAUDIA WILKEN
United States District Judge