IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE CO., et al.,<br><br>    Defendant.<br>_____/ | No. C 06-06247 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

Pursuant to the Court's Order Denying the Parties' Motions for Judgment, Granting Defendants' Motion for Summary Judgment, and Remanding Plaintiff's Disability Claim to Hartford,

IT IS HEREBY ORDERED that:

1. There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 3/19/08

*Claudia Wilken* (signature)

CLAUDIA WILKEN
United States District Judge