```
Teresa S. Renaker – CA State Bar No. 187800
Email: trenaker@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
```

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONSTANCE FINLEY,<br><br>          Plaintiff,<br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO.; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC.<br><br>          Defendants. | Case No. C06-06247 CW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO SUBMIT REQUEST FOR REVIEW |

WHEREAS, on July 21, 2008, Hartford Life and Accident Insurance Company ("Hartford") issued a letter denying Plaintiff's claim for long-term disability benefits on remand; and

WHEREAS, on August 11, 2008, Hartford sent Plaintiff documents representing the claim record generated after the termination of Plaintiff's benefits; and

WHEREAS, pursuant to the Court's Orders dated January 23, 2008 (Docket No. 21), and May 27, 2008 (Docket No. 132), Plaintiff's request for review of the denial is due September 19, 2008; and

WHEREAS, Plaintiffs' physicians are currently reviewing the documents provided by Hartford;

NOW, THEREFORE, the parties stipulate as follows:

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
[CASE NO. C06-06247 CW]           Page 1

<sub>09/17/2008 15:22 FAX 415 781 2635 ☒003/003</sub>

Plaintiff shall have a 30-day extension of time, to and including October 20, 2008, within which to request review of Hartford's denial of her claim.

SO STIPULATED:

Dated: 9/17/08

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _/s/ Teresa S. Renaker_
Teresa S. Renaker
*Attorneys for Plaintiff*

Dated: 9/17/08

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _/s/_
Bruce Celebrezze
Michelle Y. McIsaac
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: _____

_/s/ Claudia Wilken_
CLAUDIA WILKEN
United States District Judge

<sub>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
[CASE NO. C06-06247 CW]                                                                                             Page 2</sub>