SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MICHELLE Y. McISAAC  Bar No. 215294
michelle.mcisaac@sdma.com
NICHOLAS J. BOOS  Bar No. 233399
nicholas.boos@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
and THE BOSTON FINANCIAL GROUP LONG-TERM
DISABILITY PLAN

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
TERESA S. RENAKER  Bar No. 187800
trenaker@lewisfeinberg.com
1330 Broadway, Suite 1800
Oakland, California 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff
CONSTANCE FINLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CONSTANCE FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC.,<br><br>    Defendants. | CASE NO. C06-06247 CW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RENDER ITS FINAL CLAIM DECISION ON REMAND**<br><br>JUDGE:  Hon. Claudia Wilken<br>CTRM:   2 |

1    WHEREAS, on July 21, 2008, Hartford Life and Accident Insurance Company
2 ("Hartford") issued its claim decision finding that plaintiff was not disabled under the Plan; and
3    WHEREAS, on October 20, 2008, plaintiff submitted to Hartford her request for review;
4 and
5    WHEREAS, pursuant to the Court's order dated January 23, 2008 (Docket #121),
6 Hartford's decision on plaintiff's request for review is due December 19, 2008; and
7    WHEREAS, Hartford is finalizing its review and requires an additional two weeks to
8 complete is review.
9    NOW, THEREFORE, the parties stipulate as follows:
10    Hartford shall have a two week extension of time, to and including January 2, 2009,
11 within which to render its final claim decision on remand.

DATED: December __, 2008      Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    BRUCE D. CELEBREZZE
    MICHELLE Y. McISAAC
    Attorneys for Defendants
    HARTFORD LIFE AND ACCIDENT INSURANCE
    COMPANY and THE BOSTON FINANCIAL GROUP
    LONG-TERM DISABILITY PLAN

DATED: December __, 2008      Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _____
    TERESA S. RENAKER
    Attorneys for Plaintiff
    CONSTANCE FINLEY

IT IS SO ORDERED.

Dated: 12/19/08              _____
                             HONORABLE CLAUDIA WILKEN
                             UNITED STATES DISTRICT COURT JUDGE