1  Teresa S. Renaker – CA State Bar No. 187800
   Email: trenaker@lewisfeinberg.com
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839

5  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONSTANCE FINLEY, <br><br> Plaintiff, <br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE CO.; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC. <br><br> Defendants. | Case No. C06-06247 CW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS** |

WHEREAS, the Court entered judgment in this case on November 27, 2009; and

WHEREAS, pursuant to Civil Local Rule 54-6(a), Plaintiff's motion for attorneys' fees and costs must be filed and served not later than December 4, 2009; and

WHEREAS, the parties are currently meeting and conferring for the purpose of resolving all disputed issues relating to attorneys' fees, as required by Civil Local Rule 54-6(a); and

WHEREAS, due to the intervening Thanksgiving holiday, the parties will not be able to complete the meet and confer process by December 4, 2009;

NOW, THEREFORE, the parties respectfully request a one-week extension of time for Plaintiff to file her motion for attorneys' fees and costs, should the meet-and-confer process be

unsuccessful.

SO STIPULATED.

Dated: November 30, 2007　　　　　　　　　　LEWIS, FEINBERG, LEE,
　　　　　　　　　　　　　　　　　　　　　　RENAKER & JACKSON, P.C.

　　　　　　　　　　　　　　　By:　/s/ *Teresa S. Renaker*
　　　　　　　　　　　　　　　　　　Teresa S. Renaker
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: November 30, 2009　　　　　　　　　　SEDGWICK DETERT
　　　　　　　　　　　　　　　　　　　　　　MORAN & ARNOLD LLP

　　　　　　　　　　　　　　　By:　/s/ *Michelle Y. McIsaac*
　　　　　　　　　　　　　　　　　　Michelle Y. McIsaac
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**Attestation Per General Order 45, § X.B**

I hereby attest that I have received authorization for electronic signature for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: December 1, 2009　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Teresa S. Renaker

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/10/09　　　　　　　　　　　　　[signature: Claudia Wilken]
　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge