# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| FINLEY,<br><br>　　　　　　Plaintiff,<br>　v.<br>HARTFORD LIFE & ACCIDENT INSURANCE CO., *et al.*,<br><br>　　　　　　Defendants.<br>_____/ | No. C 06-06247 CW (MEJ)<br><br>**DISCOVERY ORDER RE DECEMBER 14, 2009 LETTER** [Dkt. #206] |

On December 14, 2009, the parties in this matter filed a joint letter detailing a dispute over deposition subpoenas served by Defendant on three non-parties. (Dkt. #206.) The Court has considered the parties' arguments and **RULES** as follows:

Because the presiding judge in this matter has not authorized a re-opening of discovery on Plaintiff's request for attorneys' fees and related issues, Defendant's subpoenas are unauthorized. The Court therefore **GRANTS** Plaintiff's request to quash the subpoena issued by this Court and served on Teresa Renaker. The Court further **GRANTS** Plaintiff's request for a protective order prohibiting Defendant from enforcing the subpoenas issued by the other courts on Ronald Dean and Mary Ellen Signorille.

**IT IS SO ORDERED.**

Dated: December 17, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge