| | |
|---|---|
| 1 | Teresa S. Renaker – CA State Bar No. 187800 |
| | Email: trenaker@lewisfeinberg.com |
| 2 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | 1330 Broadway, Suite 1800 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 839-6824 |
| 4 | Facsimile: (510) 839-7839 |

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CONSTANCE FINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C06-06247 CW |
| vs. | ) | |
| | ) | **STIPULATION AND ORDER** |
| HARTFORD LIFE AND ACCIDENT | ) | **CONTINUING HEARING ON** |
| INSURANCE CO.; THE BOSTON | ) | **DEFENDANT'S MOTION TO STAY** |
| FINANCIAL GROUP LONG-TERM | ) | **JUDGMENT** |
| DISABILITY PLAN; and DEMPSEY | ) | |
| INVESTIGATIONS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Due to unavailability of Plaintiff's counsel on June 3, 2010, the date currently set for the hearing on Defendant's Motion to Stay Judgment, the parties respectfully request that the hearing be reset for June 10, 2010.

SO STIPULATED.

Dated: May 12, 2010                    LEWIS, FEINBERG, LEE,
                                        RENAKER & JACKSON, P.C.

                            By:    /s/ Teresa S. Renaker
                                   Teresa S. Renaker
                                   *Attorneys for Plaintiff*

Dated: May 12, 2010                    SEDGWICK, DETERT, MORAN &
                                        ARNOLD, LLP

                            By:    /s/ Michelle Y. McIsaac
                                   Michelle Y. McIsaac
                                   *Attorneys for Defendant*

1    Stipulation is declined, motion will be decided on the papers.

Dated:  May 17, 2010

*/s/ Claudia Wilken*

———————————————
CLAUDIA WILKEN
United States District Judge