IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONSTANCE FINLEY, | ) |
| Plaintiff, | ) Case No. C06-06247 CW |
| vs. | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO.; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC., | ) **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PARTIES' CONFIDENTIAL STIPULATED STATEMENT RE: ATTORNEYS' FEES AND COSTS AMOUNT** |
| Defendants. | ) Date: June 10, 2010<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

This Court, having reviewed Plaintiffs' Administrative Motion to File Under Seal, and the Declaration of Angelica K. Jongco in support thereof, hereby GRANTS the Administrative Motion to File Under Seal, pursuant to Local Rules 7-11 and 79-5(d). The motion is granted as to the Parties' Confidential Stipulated Statement Re: Attorneys' Fees and Costs Amount.

SO ORDERED.

Dated: 5/28/2010

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

ORDER GRANTING MOTION TO FILE UNDER SEAL PARTIES' CONFIDENTIAL
STIPULATED STATEMENT RE: ATTORNEYS' FEES AND COSTS AMOUNT
[CASE NO. C06-06247 CW ] Page 1