IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE FINLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE CO., et al.,<br><br>    Defendants._____/ | No. 06-06247 CW<br><br>ORDER STAYING EXECUTION OF JUDGMENT PENDING APPEAL |

On July 13, 2010, the Court held that, if Defendant Boston Financial Group Long-Term Disability Plan wished to stay the judgment in this action pending appeal, it should post a supersedeas bond of $236,315.33, plus the amount of attorneys' fees and costs to which the parties agreed in their confidential stipulation.  Defendant has provided notice that it has posted such a bond.  Accordingly, the Court stays execution of the judgment pending the disposition of Defendant's appeal.

IT IS SO ORDERED.

Dated:  July 30, 2010

_____
CLAUDIA WILKEN
United States District Judge