SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE (Bar No. 102181)
bruce.celebrezze@sdma.com
DENNIS G. ROLSTAD (Bar No. 150006)
dennis.rolstad@sdma.com
MICHELLE Y. McISAAC (Bar No. 215294)
michelle.mcisaac@sdma.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CONSTANCE FINLEY,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; THE BOSTON FINANCIAL GROUP LONG-TERM DISABILITY PLAN; and DEMPSEY INVESTIGATIONS, INC.,<br><br>Defendants. | CASE NO. C06-06247 CW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ORIGINAL SUPERSEDEAS BOND |

This Court, having reviewed Defendant's Administrative Motion to File Under Seal, HEREBY GRANTS the Administrative Motion to File Under Seal pursuant to Local Rules 7-11 and 79-5(d). Defendant The Boston Financial Group Long-Term Disability Plan may file its original supersedeas bond under seal, and a copy of the bond may be filed in the public file with the amount of the bond redacted.

IT IS SO ORDERED.

DATED: ~~July __, 2010~~ August 3, 2010

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge